1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  **ANTHONY SLAMA,** | ) **CASE NO. 1:08-CV-00810-AWI-** |
| | ) **GSA** |
| 11                    **Plaintiff**, | ) |
| | ) **ORDER VACATING** |
| 12       **v.** | ) **HEARING DATE OF** |
| | ) **AUGUST 4, 2008, AND** |
| 13  **CITY OF MADERA, MADERA** | ) **TAKING MATTER UNDER** |
| **POLICE DEPT., OFFICER CHAVEZ,** | ) **SUBMISSION** |
| 14  **OFFICER SHEKIANIAN and** | ) |
| **DOES 1-100,** | ) |
| 15 | ) |
| **Defendant**s. | ) |
| 16 | ) |

17

18        Defendants have noticed for hearing and decision a motion to dismiss.  The matter was

19   scheduled for hearing to be held on August 4, 2008. Pursuant to Local Rule 78-230(c), Plaintiff

20   was required to file either an opposition or a notice of non-opposition no later than July 21, 2008.

21   Plaintiff failed to do so.

22        Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in

23   violation of the Local Rules.  See 78-230(c).  Plaintiff is further not entitled to be heard at oral

24   argument in opposition to the motion.  See 78-230(c). The court has reviewed Defendants'

25   motion and the applicable law, and has determined that the motion is suitable for decision

26   without oral argument.  See  Local Rule 78-230(h).

27        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 4,

28   2008,  is VACATED, and no party shall appear at that time.  As of August 4, 2008,  the court

1   will take the matter under submission, and will thereafter issue its decision.

2   IT IS SO ORDERED.

3   **Dated:      July 29, 2008**                                        **/s/ Anthony W. Ishii**
                                                                          CHIEF UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28