# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SLAMA, | 1:08-cv-00810 AWI GSA |
| Plaintiff, | ORDER REGARDING DECLARATION OF ATTORNEY BRENDA C. HOOK |
| v. | (Document 15) |
| CITY OF MADERA, MADERA POLICE DEPT., OFFICER CHAVEZ, OFFICER SHEKIANIAN, and DOES 1 through 100, | |
| Defendants. | |

On August 28, 2008, Plaintiff filed an Amended Complaint in this matter.[1] In addition to the amended complaint, Plaintiff filed the declaration of attorney Brenda C. Hook. (Doc. 15). In her declaration, Ms. Hook indicates she signed a substitution of attorney purporting to substitute her out of this matter, but that such substitution of attorney was not filed. Declaration of Brenda C. Hook ("Hook Declaration"), at ¶¶ 3, 6. Ms. Hook declares that she filed the amended complaint as a "professional courtesy in order to preserve Mr. Slama's lawsuit against the City of Madera, et al." Hook Declaration, at ¶ 8.

Ms. Hook further represents that she does not believe that she can continue on this case. Hook Declaration, at ¶ 9. However, neither Ms. Cook nor her colleague Daniel K. Martin have

---

[1] Plaintiff initially filed an amended complaint, along with the Declaration of Brenda Hook, on August 22, 2008. (Doc. 13). Plaintiff designated such filing as a "Motion to Amend the Complaint." (Doc. 13). Thereafter, on August 28, 2008, the Clerk of the Court directed Plaintiff to re-file the amended complaint electronically using the correct event. (Doc. 14).

1

1 filed a proposed Substitution of Attorney to substitute counsel for Plaintiff or filed a Motion to
2 Withdraw as Attorney in accordance with Local Rule 83-182.  As such, the Court directs
3 Plaintiff's counsel to file:   (1) a proposed substitution of attorney; (2) a Motion to Withdraw as
4 Attorney; **or** (3) a statement that counsel Brenda C. Hook and/or Daniel Martin intend to proceed
5 as counsel of record for Plaintiff.  Such filing shall be made by Plaintiff's counsel within fifteen
6 (15) days of the date of this order.

    IT IS SO ORDERED.

    **Dated:   October 14, 2008**            **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE