# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SLAMA, ) | 1:08-cv-00810 AWI GSA |
| ) | |
| ) | |
| ) | ORDER REGARDING WITHDRAWAL OF |
| Plaintiff, ) | COUNSEL |
| ) | |
| v. ) | |
| ) | |
| CITY OF MADERA, MADERA POLICE ) | |
| DEPT., OFFICER CHAVEZ, OFFICER ) | |
| SHEKIANIAN, and DOES 1 through 100, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On October 15, 2008, the Court granted the motion of attorney Brenda C. Hook to withdraw as counsel for Plaintiff Anthony Slama subject to the following conditions: (1) that she providing the Court with an affidavit setting forth the last known address of Plaintiff; and (2) that she serve a copy of the Order granting the motion to withdraw and the pending Motion to Dismiss and Motion to Strike on Plaintiff at his last known address.

On October 17, 2008, Ms. Hook filed an affidavit setting forth the last known address of Plaintiff Anthony Slama and a proof of service of the Order and pending Motion to Dismiss and Motion to Strike on Plaintiff.

Accordingly, the Court hereby ORDERS as follows:

1. The Clerk of the Court is DIRECTED to:

    (a) RELIEVE Brenda C. Hook and the Law Office of Brenda C. Hook as counsel of record for Plaintiff and SUBSTITUTE Plaintiff, appearing pro

1

se, and listing Plaintiff's address as: G-16739, ISP-B2/122, P.O. Box 2199, Blythe, California, 92226-2199;

 (b) Serve Plaintiff with a copy of this Order, a copy of the docket sheet associated with this Case and a copy of Local Rule 78-230; and

 (c) Serve Plaintiff with copies of two informational orders issued contemporaneously with this Order.

2. The hearing on Defendant City of Madera's Motion to Dismiss and Motion to Strike, currently scheduled for November 10, 2008, is taken OFF CALENDAR pursuant to Local Rule 78-320(m).

3. Plaintiff shall file a response to Defendant's pending Motion to Dismiss and Motion to Strike on or before November 12, 2008.

4. Defendant City of Madera shall file a reply to any such response on or before November 21, 2008.

IT IS SO ORDERED.

**Dated:**  **October 20, 2008**       /s/ **Gary S. Austin**
                 UNITED STATES MAGISTRATE JUDGE