# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SLAMA, | 1:08-cv-00810 AWI GSA |
| Plaintiff, | ORDER REGARDING MOTION FOR EXTENSION OF TIME<br>(Document 35) |
| v. | |
| CITY OF MADERA, MADERA POLICE DEPT., OFFICER CHAVEZ, OFFICER SHEKIANIAN, and DOES 1 through 100, | |
| Defendants. | |

On October 30, 2008, Plaintiff filed a letter dated October 19, 2008, requesting an extension of time. (Doc. 35). The Court construes Plaintiff's letter as a request for an extension of time to respond to the pending motion to dismiss and motion to strike. By Order dated October 20, 2008, the motion to dismiss and motion to strike hearing was taken off calendar and Plaintiff was ordered to file a response on or before November 12, 2008.

Due to the withdrawal of Plaintiff's counsel and good cause appearing, the Court hereby GRANTS the motion for an extension of time. Plaintiff shall file a response to Defendant's pending Motion to Dismiss and Motion to Strike on or before **December 12, 2008**. Defendant City of Madera shall file a reply to any such response on or before **December 22, 2008**.

IT IS SO ORDERED.

| | | |
|---|---|---|
| Dated: | **November 12, 2008** | **/s/ Gary S. Austin**<br>UNITED STATES MAGISTRATE JUDGE |