# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SLAMA, ) <br> ) Plaintiff, ) <br>     v. ) <br> ) <br> CITY OF MADERA, MADERA ) <br> POLICE DEPT., OFFICER CHAVEZ, ) <br> OFFICER SHEKIANIAN, and DOES ) <br> 1 through 100, ) <br> ) <br> ) <br>           Defendants. ) <br>_____ ) | 1:08-cv-810  AWI GSA <br><br> ORDER VACATING <br> HEARING |

    Currently pending before the Court is Defendants' motion for summary judgment. Hearing on this motion is set for April 12, 2010. By Local Rule, Plaintiff was to file either an opposition or notice of non-opposition no later than March 29, 2010. See Local Rule 230(c). Plaintiff has filed neither as of the date of this order.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See Local Rule 230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. Id. The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 12, 2010, is VACATED, and no party shall appear at that time. As of April 12, 2010, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     April 6, 2010                    /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE