IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY SLAMA, | ) | 1:08-cv-810  AWI GSA |
| | ) | |
| Plaintiff, | ) | ORDER VACATING |
| v. | ) | HEARING |
| | ) | |
| CITY OF MADERA, MADERA POLICE DEPT., OFFICER CHAVEZ, OFFICER SHEKIANIAN, and DOES 1 through 100, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

  Currently pending before the Court is Defendants' motion for summary judgment. Hearing on this motion is set for May 17, 2010.  By Court order, Plaintiff was to file either an opposition or notice of non-opposition no later than May 10, 2010.  <u>See</u> Court's Docket Doc. No. 56.  Plaintiff has filed neither as of the date of this order.

  Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Court's scheduling order.  <u>See id.</u>; <u>see also</u> Local Rule 230(c).  Plaintiff will not be entitled to be heard at oral argument in opposition to the motion.  <u>See</u> Local Rule 230(c).  The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  <u>See</u> Local Rule 230(h).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 17, 2010, is VACATED, and no party shall appear at that time.  As of May 17, 2010, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  May 11, 2010       /s/ Anthony W. Ishii
                 CHIEF UNITED STATES DISTRICT JUDGE