# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEAN SLAMA,<br><br>                    Plaintiff,<br><br>       v.<br><br>CITY OF MADERA, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:08-cv-00810-AWI-SKO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>(Docket No. 79) |

On September 12, 2011, the Court issued an order granting Plaintiff Anthony Dean Slama's ("Plaintiff") motion for reconsideration and vacating the prior summary judgment orders. (Doc. 74.) Plaintiff was ordered to file a response to Defendants' two summary judgment motions (Docs. 53, 57) within sixty days of the date of the order. As such, Plaintiff's response is due on or before November 14, 2011.[1]

On October 18, 2011, Plaintiff filed a motion for a 60-day extension of time to file the responses to Defendants' motions for summary judgment. (Doc. 79.) Plaintiff requests this extension due to difficulties he experienced in his receiving the files pertaining to this action from his previous attorney, as well as having limited access to the prison law library. (Doc. 79, 2:4-3:10.) Plaintiff's request is GRANTED.

---

[1] This date reflects application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is GRANTED; and
2. Plaintiff shall file his response to Defendants' motions for summary judgment on or before January 13, 2012.

IT IS SO ORDERED.

**Dated:   October 19, 2011**              /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE