# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEAN SLAMA,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITY OF MADERA, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:08-cv-00810-AWI-SKO<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>(Docket No. 88) |

   On January 18, 2012, Plaintiff Anthony Dean Slama ("Plaintiff"), a prisoner proceeding pro se and *in forma pauperis*, filed a motion requesting an extension of time to file an opposition to Defendants' motions for summary judgment. (Doc. 88.)

   Previously, on January 13, 2012, the Court issued an order (Doc. 87) granting Plaintiff's request for an extension of time to file a motion pursuant to Rule 56(d) of the Federal Rules of Civil Procedure or, alternatively, to file his response to Defendants' motions for summary judgment. (Doc. 85.) Pursuant to the Court's order, Plaintiff's motion or response is due by February 27, 2012, and, absent truly good cause, no further extensions of time will be granted.

   Accordingly, Plaintiff's instant motion is DENIED AS MOOT as Plaintiff has previously been granted an extension of time to file his response.

IT IS SO ORDERED.

**Dated:    January 23, 2012**                    /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE