IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SLAMA, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>CITY OF MADERA, MADERA )<br>POLICE DEPT., OFFICER CHAVEZ, )<br>OFFICER SHEKIANIAN, and DOES )<br>1 through 100, )<br>)<br>)<br>　　　　Defendants. )<br>_____ ) | 1:08-cv-810  AWI GSA<br><br>ORDER FOR DEFENDANTS<br>TO FILE A REPLY |

　　On May 9, 2012, the Court received in the mail Plaintiff's opposition to Defendants' motions for summary judgment. Plaintiff is in prison, and the opposition papers are dated May 5 and May 7, 2012. May 7 was the deadline set by the Court for Plaintiff to file his opposition. The Court will accept Plaintiff's opposition as timely.

　　Now that the Plaintiff's opposition has been filed, the Court will set a time for Defendants to file a reply to Plaintiff's opposition. No sur-reply by Plaintiff will be authorized.

　　Accordingly, IT IS HEREBY ORDERED that Defendants shall file a reply to Plaintiffs' opposition no later than 1:00 p.m. on May 29, 2012.

IT IS SO ORDERED.

Dated:   May 10, 2012

　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE