# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ANTHONY SLAMA,** | ) | **1:08-cv-810  AWI GSA** |
| | ) | |
| **Plaintiff**, | ) | **ORDER RESETTING PRE-** |
| **v.** | ) | **TRIAL CONFERENCE DATE** |
| | ) | |
| **CITY OF MADERA, MADERA** | ) | |
| **POLICE DEPT., OFFICER CHAVEZ,** | ) | |
| **OFFICER SHEKIANIAN, and DOES** | ) | |
| **1 through 100,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

The pre-trial conference in this matter is currently set for 8:30 a.m. on January 24, 2013. However, due to an on-going jury trial, the Court finds it necessary to reschedule the pre-trial conference.  The Court will reset the pre-trial conference to January 28, 2013, at 3:30 p.m.  The Defendants shall continue to arrange for a telephonic pre-trial conference as described in the Court's January 7, 2013 order.

Accordingly, IT IS HEREBY ORDERED that:

1.     The January 24, 2013, pre-trial conference is VACATED;

2.     The pre-trial conference is RESET to January 28, 2013, at 3:30 p.m.

3.     Defendants shall arrange for the telephonic pre-trial conference and shall also inform
       Plaintiff of this order and the vacation of the January 24 date.

IT IS SO ORDERED.

Dated:    January 22, 2013          _____
                                    SENIOR  DISTRICT  JUDGE