# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SLAMA, ) | 1:08-cv-810  AWI SKO |
| ) | |
| Plaintiff, ) | ORDER RESETTING PRE- |
| v. ) | TRIAL CONFERENCE DATE |
| ) | AND ORDER FOR PARTIES |
| CITY OF MADERA, MADERA ) | TO MEET AND CONFER |
| POLICE DEPT., OFFICER CHAVEZ, ) | |
| OFFICER SHEKIANIAN, and DOES ) | |
| 1 through 100, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

    The pre-trial conference in this matter is currently set for 3:30 p.m. on January 28, 2013. Defense counsel has informed the Court that he is obligated to appear in another court at that same date and time. Defense counsel has requested that the Court move the pre-trial conference to February 4, 2013. The Court will grant the request and reset the pre-trial conference to February 4, 2013.

    The Court wishes to inform the parties of its impacted trial schedule. Trial in this matter is set for March 5, 2013. However, there are two other trials that are also set for March 5. Furthermore, a lengthy products liability trial is set to begin on February 26, 2013. The pre-trial conference in the February case has already occurred, and all indications are that the matter will proceed to trial as scheduled. The pendency of the February trial, as well as the two other matters set for March 5, makes it extremely unlikely that this case will proceed to trial as

scheduled on March 5, 2013.  Given this trial schedule, the Court believes that consent to Magistrate Judge jurisdiction represents the parties' best chance of trying this case in a timely manner.  The Court will order the parties to meet and confer about the possibility of consenting to Magistrate Judge jurisdiction for all further purposes, including trial.  If the parties agree to consent, they are to file a stipulation and the case will be reassigned to Magistrate Judge Oberto.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 28, 2013, pre-trial conference is VACATED;
2. The telephonic pre-trial conference is RESET to February 4, 2013, at 3:30 p.m.;[1]
3. <u>As soon as possible</u>, and prior to the February 4, 2013 pre-trial conference, the parties shall meet and confer about the possibility of consenting to Magistrate Judge jurisdiction for all further proceedings in this matter, including trial;
4. If the parties agree to consent to Magistrate Judge jurisdiction, they shall immediately file a stipulation with the Court; and
5. Defense counsel shall inform Plaintiff of this order.[2]

IT IS SO ORDERED.

Dated:   January 22, 2013

_____
SENIOR DISTRICT JUDGE

---

[1] Defense counsel shall make arrangements for this telephonic pre-trial conference, as previously ordered.

[2] This order will be served on Plaintiff through first class mail.  The Court is ordering defense counsel to also inform Plaintiff of this order due to the time frames involved.

2