**ANDREW FISHKIN, ESQ.**
**CBN 237845**
**LAW OFFICE OF ANDREW J. FISHKIN, P.C.**
**235 H STREET**
**BAKERSFIELD, CA  93304**
info@lawyerfish. com

**Tel:    661-322-6776**
**Fax:   661-322-6770**

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY DEAN SLAMA,** | ) CASE NO.:  1:08-cv-00810-AWI-SKO |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE SCHEDULING** |
| **vs.** | ) **CONFERENCE DATE** |
| **CITY OF MADERA, et al.,** | ) **Date :         March 12, 2013** |
| | ) **Time:          10:30 a.m.** |
| Defendant. | ) **Courtroom: 7** |
| | ) **Proposed Date :   March 26 2013** |
| | ) **Proposed Time:    10:30 a.m.** |
| | ) **Courtroom:         7** |
| | )      **(Hon. Sheila K. Oberto)** |

ANDREW J. FISHKIN, Pro Bono Counsel for the Plaintiff, ANTHONY DEAN SLAMA, and GREGORY L. MYERS, counsel for Defendant, CITY OF MADERA, hereby stipulate that the Scheduling Conference in the above-entitled matter, currently scheduled for March 12, 2013, at 10:30 a.m. in Courtroom 7, be continued to March 26, 2013 at 10:30 a.m., in Courtroom 7.  Continuance of Scheduling Conference is requested because Pro Bono Counsel

for Plaintiff, Andrew Fishkin, has a prior commitment and will be out of the country from March 8, 2013, through March 25, 2013.

     IT IS HEREBY STIPULATED.

Dated:  February 1, 2013　　　　　　　　/s/ Andrew J. Fishkin　　　　　
　　　　　　　　　　　　　　　　　　　　ANDREW J. FISHKIN.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　ANTHONY DEAN SLAMA

Dated: February 1, 2013　　　　　　　　/s/ Gregory L. Myers　　　　　
　　　　　　　　　　　　　　　　　　　　GREGORY LEE MYERS,
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　CITY OF MADERA

## **ORDER**

     Pursuant to the above Stipulation and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Conference, currently scheduled for March 12, 2013, at 10:30 a.m., is CONTINUED to March 26, 2013, at 10:30 a.m., in Courtroom 7.

IT IS SO ORDERED.

    Dated:   **February 1, 2013**　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE