IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN SLAMA

        Plaintiff(s)

vs.

CITY OF MADERA, et al.,

        Defendants.

No. 1:08-CV-00810-AWI-SKO

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Andrew Fishkin, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 30, 2013, by the Honorable Sheila K. Oberto, United States District Judge/Magistrate.
I believe that the following course of action is reasonably necessary to the prosecution of this action:

| | |
|---|---|
| Attorney/Client Visit Mileage/Pre Trial Conference Mileage (03/25/13-3/26/13): 222 miles: | $125 |
| Pre Trial Conference Lodging (03/25/13) SKO * | $70 |
| Pre Trial Conference Meal (03/25/13-3/26/13) SKO * | $122 |
| Pre Trial Conference Mileage (05/2013) 222 miles SKO * | $125 |
| Trial Mileage (in July) 222 miles SKO * | $125 |
| Trial Lodging (5 days in July) SKO * | $430 |
| Trial Meals (6 days in July) SKO * | $366 |
| Pacer Fees | $142 |

\* Above dates are incorrect

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1505.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:08-CV-00810-AWI-SKO

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | None |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6 day of March, 20 13, at Bakersfield, California.

Andrew Fishkin, Esq.

Attorney for Plaintiff(s)

The above expenditure is ✓ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: March 27, 2013

_____
United States District Judge/Magistrate