# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEAN SLAMA,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF MADERA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-00810-SKO<br><br>**ORDER SETTING PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br>Pre-Trial Conference:<br>    5/20/2013, at 3:00 p.m.<br>    Courtroom 7<br><br>Jury Trial<br>    7/1/2013, at 8:30 a.m.<br>    Courtroom 7 |

This Court conducted a telephonic trial setting conference on April 4, 2013. Counsel Andrew Fishkin, Esq. appeared on behalf of Plaintiff. Gregory Myers, Esq., appeared on behalf of Defendants. The Court has set the following schedule in this action.

**1.  Pre-Trial Conference Date**

May 20, 2013, at 3:00 p.m. in Courtroom 7, before the Honorable Sheila K. Oberto, United States Magistrate Judge.

Not later than ten (10) days prior to the Pre-Trial Conference, the parties shall exchange the disclosures required pursuant to Federal Rule of Civil Procedure 26(a)(3).

Not later than seven (7) days prior to the Pre-Trial Conference, the parties are ORDERED to file a **JOINT Pre-Trial Statement pursuant to Rule 281(a)(2)** of the Local Rules for the United States District Court, Eastern District of California. The parties are further ORDERED to submit a digital copy of their Joint Pre-Trial Statement in WordPerfect X3[1] to Judge Oberto's chambers by

---

[1] If WordPerfect X3 is not available to the parties, then the latest version of WordPerfect, or any other word processing program in general use for IBM compatible personal computers, is acceptable.

e-mail to skoorders@caed.uscourts.gov. Counsel's attention is directed to **Local Rules 281 and 282** regarding the obligations of counsel in preparing for the Pre-trial conference. **The Court will insist upon strict compliance with those Rules**. In addition to the matters set forth in the Local Rules, the Joint Pre-trial Statement shall include a Joint Statement of the case to be used by the Court to explain the nature of the case to the jury during voir dire.

At the Pre-trial conference, the Court will set deadlines, among others, to file motions in limine, final witness lists, exhibits, jury instructions, objections, and other trial documents.

**2.     Trial Date**

July 1, 2013, at 8:30 a.m., in Courtroom 7, before the Honorable Sheila K. Oberto, United States Magistrate Judge.

   a.   This is a Jury trial.
   b.   Counsel's estimate of trial time: 3-5 days.
   c.   Counsel's attention is directed to **Local Rule 285** for the United States District Court, Eastern District of California.

**3.     Settlement Conference**

No Settlement Conference is currently scheduled. The parties are strongly encouraged to consider participating in a Settlement Conference. Once the parties determine when they wish to proceed with a Settlement Conference, the Court ORDERS the parties to contact Ms. Sujean Park, the Court's Pro Bono Program Director, at (916) 930-4278, or via email at spark@caed.uscourts.gov, and inform her regarding whether they are interested in participating in the Court's Settlement Conference Week, scheduled for June 10-14, 2013.

**4.     Compliance with Federal Procedure**

The Court requires compliance with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court, Eastern District of California. *All counsel* are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and will impose sanctions for failure to follow the Rules as provided in both the Federal Rules of Civil Procedure and

the Local Rules.

**5.     Effect of this Order**

This order represents the best estimate of the Court and counsel as to the agenda most suitable to bring this case to resolution. **The trial date reserved is specifically reserved for this case**. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the Court *immediately* of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**The dates set in this Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation**. **Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate, attached exhibits, which establish good cause for granting the relief requested.**

The failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated:**   April 8, 2013                              /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE