# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEAN SLAMA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MADERA, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:08-cv-00810-SKO<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO FORWARD ORDERS BY THE COURT**<br><br>(Doc. 163) |

　　　On April 8, 2013, Plaintiff Anthony Dean Slama ("Plaintiff") filed a motion requesting that the Court forward to him any orders issued. (Doc.163.) Although Plaintiff is now represented by counsel, Plaintiff filed this motion on his own, requesting that the Court forward any orders "via legal institutional mail" to allow Plaintiff to "utilize [and] maintain (PLU) Priority Legal User Status" so he can "further assist" his counsel and "monitor" the case. (Doc. 163.)

　　　Pursuant to the Court granting Plaintiff's motion to appoint counsel, Plaintiff is now represented by attorney Andrew Fishkin. (*See* Doc. 150.) As such, all Court orders are sent to counsel, and not to the party directly. *See Maples v. Thomas*, 132 S. Ct. 912, 915 (2012) (noting that court orders are sent to counsel).

　　　Accordingly, Plaintiff's request that the Court forward orders to him is DENIED. Plaintiff is instructed that any additional requests made to the Court must be submitted via his counsel.

///

///

1  The Clerk of the Court is DIRECTED to serve Plaintiff with a copy of this order at:

2      Anthony Dean Slama (CDC#G-16739)
    CSATF/SP- Corcoran(2)
3      P.O. Box 5244-F2B/08-2L
    Corcoran, CA 93212

4

5

6

IT IS SO ORDERED.

7

**Dated:   May 17, 2013**                  **/s/ Sheila K. Oberto**
8                                                                             UNITED STATES MAGISTRATE JUDGE