# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEAN SLAMA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MADERA, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:08-cv-00810-SKO<br><br>**ORDER CONTINUING TRIAL**<br><br>**ORDER SETTING MOTION BRIEFING SCHEDULE RE: DEFENDANTS' REQUEST TO CALL PLAINTIFF'S FORMER COUNSEL AS A WITNESS**<br><br>**ORDER SETTING MOTION IN LIMINE SCHEDULE** |

　　　　On May 31, 2013, the Court conducted a Pretrial Conference. Plaintiff Anthony Dean Slama ("Plaintiff") appeared personally through his counsel, Andrew J. Fishkin, Esq. Defendants Officer Sheklanian and Officer Chavez ("Defendants") appeared personally through their counsel, Gregory L. Myers, Esq.

**A.　New Dates Set**

　　　　Plaintiff requested to continue the trial date, set to begin on July 1, 2013, and Defendants agreed to the continuance. The Court ORDERED that the trial be continued and set the following dates:

　　　　**Pretrial Conference:**　　August 1, 2013, at 4:00 p.m. in Courtroom 7

　　　　**Motions in Limine Hearing:** August 19, 2013, at 9:30 a.m. in Courtroom 7

　　　　**Trial**:　　　　　　　　　September 3, 2013, at 8:30 a.m. in Courtroom 7

**B.　Motion Briefing Schedule Re: Testimony of Plaintiff's Former Counsel**

　　　　In the Amended Joint Pretrial Conference Statement (Doc. 170), the parties indicated that Defendants intended to call Plaintiff's former counsel, Steven Geringer ("Geringer"), as a witness

at trial and asserted that it may be advisable to take Geringer's deposition. Defendants contended that Plaintiff had waived his attorney-client privilege by providing information to the State Bar during its investigation of an anonymous complaint filed against Geringer.

Plaintiff opposed Geringer's appearance, deposition, and testimony based on the attorney-client privilege. Plaintiff asserted that providing information in response to an investigation of an anonymous complaint did constitute a waiver of that privilege.

The Court DENIED without prejudice Defendants' request to depose or call Geringer as a witness. Defendants may renew their request by filing a motion setting forth legal authority and precedent that Plaintiff has waived the attorney-client privilege *in this case* by providing information to the State Bar during its investigation into an anonymous complaint against Geringer. The parties were informed that any brief submitted to the Court should provide Ninth Circuit and/or California federal/state authority, or explain why such authority could not be cited.

If Defendants wish to renew their request to seek Geringer's testimony and deposition, the Court sets the following briefing schedule for this issue:

Defendants' Opening Brief shall be filed by **no later than June 19, 2013**.

Plaintiff's Opposition Brief shall be filed by **no later than June 28, 2013**.

Defendants' Reply Brief shall be filed by **no later than July 5, 2013**.

The motion will be deemed submitted at that time. No oral argument will be necessary unless requested by the Court.

**C.   Motions in Limine**

The Court ORDERS the parties' counsel to meet and confer on anticipated motions in limine and to distill evidentiary issues. The Court FURTHER ORDERS the parties to file motions in limine as to only important matters in that most evidentiary issues can be resolved easily with a conference among the Court and counsel. If, after conferencing, any party chooses to file motions in limine, the party shall file and serve its motions in limine by **no later than August 5, 2013.**[1] Oppositions to

---

[1] The Court notes that Defendants have filed a motion in limine. (Doc. 171.) As the Court is not considering motions in limine at this time, Defendants may either file an new motion in limine or notice renewing the current motion in limine by the new deadline of August 5, 2013.

2

motions in limine shall be filed and served **no later than August 12, 2013.** The Court will not accept or consider reply papers. As noted above, the Court will conduct a motion in limine hearing **on August 19, 2013, at 9:30 a.m.** in Courtroom 7 (SKO).

IT IS SO ORDERED.

**Dated:   June 5, 2013**                              /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE