**ANDREW FISHKIN, ESQ.**
**CBN 237845**
**LAW OFFICE OF ANDREW J. FISHKIN,P.C.**
**235 H STREET**
**BAKERSFIELD, CA  93304**
**Tel:    661-322-6776**
**Fax:    661-322-6770**
**info@lawyerfish. Com**

**Attorney for Plaintiff,**
**ANTHONY DEAN SLAMA**

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **CASE NO.:  1:08-cv-00810-SKO** |
| | ) |
| **Plaintiff,** | ) **AMENDED EX PARTE APPLICATION** |
| | ) **TO REQUEST FOR EXTENSION OF** |
| **vs.** | ) **TIME TO SUBMIT CERTIFIED COPIES** |
| | ) **OF DEPOSITIONS OF ANTHONY DEAN** |
| **ANTHONY DEAN SLAMA,** | ) **SLAMA AND LOUIE VELA** |
| | ) |
| **Defendant.** | ) **(Hon. Sheila K. Oberto)** |
| | ) |
| | ) |
| _____ | ) |

TO THE HONORABLE JUDGE, SHEILA K. OBERTO OF SAID COURT:

ANDREW J. FISHKIN, counsel for the Plaintiff, ANTHONY DEAN SLAMA, hereby

requests an extension of time in which to submit the certified copies of the depositions

transcripts pertaining to Anthony D. Slama, Plaintiff in this case and Louie Vela, witness in this

case, up to and including August 29, 2013.

This request for an extension of time is due to the Law Office of Andrew J. Fishkin not having in their possession "Certified Copies". Counsel is in the process of trying to obtain the Certified Copies and intends to file as soon as he is able to obtain these transcripts.

A proposed order is attached hereto.

Respectfully submitted this 22nd day of August 2013 at Bakersfield, California.

Dated:  August 22, 2013                              /s/ Andrew J. Fishkin_____
                                                     ANDREW J. FISHKIN.
                                                     Attorney for Plaintiff,
                                                     ANTHONY DEAN SLAMA

## <u>ORDER</u>

Pursuant to this Request for Extension of Time to Submit Certified Copies of the Depositions of Anthony Slama and Louie Vela and for the reasons stated therein, IT IS HEREBY ORDERED that the time for submitting certified copies of the transcripts is extended to August 29, 2013.

Accordingly, deposition transcripts must be lodged with the Clerk of the Court by **no later than August 29, 2013**.

IT IS SO ORDERED.

Dated:   **August 23, 2013**              **/s/ Sheila K. Oberto**
                                UNITED STATES MAGISTRATE JUDGE