FILED
SEP 4 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEAN SLAMA, | CASE NO. 1:08-cv-00810-SKO |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON SEPTEMBER 5, 2013, AT 8:00 A.M. |
| v. | |
| CITY OF MADERA, et al., | |
| Defendants. | |

Plaintiff **Anthony Dean Slama, CDCR# G-16739**, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on ~~Wednesday~~ Thursday, September 5, 2013.

It is so ORDERED.

DATED: September 4, 2013

_/s/ Sheila K. Oberto_
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1