FILED
SEP 5 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEAN SLAMA, | CASE NO. 1:08-cv-00810-SKO |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| CITY OF MADERA, et al., | |
| Defendants. | |

Jury trial in this matter commenced on September 3, 2013. On September 5, 2013, the jury returned its verdict and judgment was entered.

Accordingly, **Anthony Dean Slama, CDCR# G-16739**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: September 5, 2013

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1