# FILED

## JUDGMENT ENTERED

_____
**Date**
by _____A. Timken_____
Deputy Clerk

**U.S. District Court**
**Eastern District of California**
__XX___ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ANTHONY SLAMA,

        Plaintiff,

vs.

OFFICER CHAVEZ, et al.,

        Defendants.

_____

**JUDGMENT IN A CIVIL ACTION**

1:08-cv-00810 SKO

JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that

JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS OFFICER CHAVEZ AND SHANT SHEKLANIAN IN ACCORDANCE WITH THE JURY VERDICTS RENDERED 9/5/2013.

DATED: 9/5/2013

        MARIANNE MATHERLY, Clerk

        /s/ Alice Timken
By:
        Deputy Clerk

jgm.civ

2/1/95