```
                                    FILED
                              JGDGMENT ENTERED

                              _____
                                      Date
                              by _____A. Timken_____
                                    Deputy Clerk
                                 U.S. District Court
                              Eastern District of California
                              __XX____  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ANTHONY SLAMA,

        Plaintiff,

vs.

OFFICER CHAVEZ, et al.,

        Defendants.
_____

**JUDGMENT IN A CIVIL ACTION**

1:08-cv-00810 SKO

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that

        JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS OFFICER CHAVEZ AND SHANT SHEKLANIAN IN ACCORDANCE WITH THE JURY VERDICTS RENDERED 9/5/2013.

DATED: 9/5/2013

        MARIANNE MATHERLY, Clerk

        /s/ Alice Timken
By:
        Deputy Clerk

jgm.civ

2/1/95