1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN SLAMA,

                 Plaintiff,

     v.

CITY OF MADERA, et al.,

                 Defendants.

_____/

Case No.  1:08-cv-00810-SKO

**ORDER RELIEVING VOLUNTARY COUNSEL OF APPOINTMENT FOLLOWING FULFILLMENT OF LIMITED APPOINTMENT OBLIGATION**

On January 30, 2013, the Court appointed attorney Andrew J. Fishkin to represent Plaintiff Anthony Dean Slama ("Plaintiff"), a state prisoner who had been proceeding pro se, for the limited purpose of preparing for and presenting the case at trial.  (Doc. 150.)   Additionally, attorney Joseph J. Rego also appeared on behalf of Plaintiff to assist Mr. Fishkin for the same limited purpose.  (Doc. 184.)   Trial commenced on September 3, 2013.  (Doc. 207.)  On September 5, 2013, the jury reached a verdict after a three-day trial, and judgment was entered in favor of Defendants.  (Docs. 211, 217-19.)

Accordingly, attorneys Andrew Fishkin and Joseph Rego are HEREBY RELIEVED as counsel of record for Plaintiff following their fulfillment of their limited appointment obligation.

1  The Clerk of the Court shall terminate Mr. Fishkin and Mr. Rego as Plaintiff's counsel of record.

2  Plaintiff shall thereafter be representing himself pro se.

3        Further, The Clerk of the Court is directed to serve Plaintiff with a copy of this order at:

4            Anthony Dean Slama (CDC#G-16739)
             CSATF/SP- Corcoran(2)
5            P.O. Box 5244-F2B/08-2L
             Corcoran, CA 93212
6

7

8  IT IS SO ORDERED.

9     Dated:   **September 27, 2013**                  **/s/ Sheila K. Oberto**
10                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28