IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Anthony Slama

Plaintiff(s)

vs.

City of Madera

Defendants.

No. 1:08-cv-00810-SKO

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, JOSEPH J. REGO SBN 163183, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 08/22/13 Docket Entry 184, by the Honorable Sheila K Oberto, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Assisted and was present for trial of case 09.03.13 through 09.05.13 for Plaintiff, met with conferred with Plaintiff, assisted in cross/direct/exhibits/motions in limine/wrote closing argument.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 744.87.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:08-cv-00810-SKO

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| ROOM | LA QUINTA INN | 323.18 |
| CAR RENTAL | ENTERPRISE, MY CAR IS 10 YEARS OLD WOULD NOT MAKE IT TO FRESNO | 136.00 |
| GAS | | 100.00 |
| OFFICE SUPPLIES | | 65.69 |
| FOOD | | 120.00 |
| | RECEIPTS ATTACHED AS WELL AS NOTICE OF APPEARANCE | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of September, 2013, at San Diego, California.

Joseph J. Rego SBN 163183

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: September 19, 2013

_____
United States District Judge/Magistrate Judge